IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50687
Summary Calendar
_____

TERRY L. WASHINGTON,

                                        Plaintiff-Appellant,

versus

WAYNE SCOTT, DIRECTOR, TEXAS
DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-95-CV-181
- - - - - - - - - -
January 17, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

    This case is here on a motion to proceed in forma pauperis on appeal. This Court may authorize Washington to proceed IFP on appeal if he is unable to pay the costs of the appeal and the appeal is taken in good faith, i.e., the appeal presents nonfrivolous issues. 28 U.S.C. § 1915(a); Holmes v. Hardy, 852 F.2d 151, 153 (5th Cir.), cert. denied, 488 U.S. 931 (1988).

    Washington challenges two recent policy directives affecting good time and classification review, arguing that he has a

    [*]    Pursuant Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

liberty interest in his right to earn good time and receive good time credits. He also appeals the district court's taxation of costs and issuance of a preclusion order preventing him from filing further civil pleadings until the costs are paid.

We have reviewed the record and conclude that according to his allegations, Washington has alleged no personal injury to him from the application of these new policies and thus does not have standing to challenge them. With regard to the costs and preclusion order, we have reviewed the record and the district court's opinion and find no issue of arguable merit. Accordingly, we DENY IFP and DISMISS THE APPEAL AS FRIVOLOUS. See 5th Cir. R. 42.2.